# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 2576 & TITLE - IN RE: CYMBALTA PRODUCTS LIABILITY LITIGATION

# NOTICE OF APPEARANCE
*Appearances should only be entered in compliance with Rule 4.1(c).*

**PARTIES REPRESENTED (indicate plaintiff or defendant--attach list if more than one action):**

Plaintiffs Elaine Scherer and Neil Scherer     See attachment containing all parties represented

**SHORT CASE CAPTION(s) (Include District(s), Civil Action No(s).-- attach list if more than one action):**

Elaine Scherer et al v. Eli Lilly and Company  U.S.D.C. - E.D. Mo. Civil Action No. 4:14-cv-0148 See attachment

*********************************************************

In compliance with **Rule 4.1(c)**, the following designated attorney is authorized to file and receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

| September 2, 2014 | /s/ John T. Kirtley, III |
|---|---|
| Date | Signature of Attorney or Designee |

**Name and Address of Designated Attorney:**

John T. Kirtley, III     2603 Oak Lawn Ave., Suite 300 Dallas, Texas 75210

Telephone No.: (214) 521-4412          Fax No.: (214) 526-6026

Email Address: jkirtley@lawyerworks.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18

# ATTACHMENT TO NOTICE OF APPEARANCE

## Parties Represented:

Plaintiffs Elaine Scherer and Neil Scherer;

Plaintiffs Neil Schaffer and Jin Schaffer

## Short Case Captions:

*Elaine Scherer et al v. Eli Lilly and Company* - U.S.D.C. - E.D. Mo. Civil Action No. 4:14-cv-01484

*Neil Schaffer et al v. Eli Lilly and Company* - U.S.D.C. - E.D. Mo. Civil Action No. 4:14-cv-01483

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CYMBALTA® <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2576 |

## PROOF OF SERVICE

I hereby certify that on September 2, 2014 a copy of **NOTICE OF APPEARANCE** was electronically transmitted to the Judicial Panel on Multidistrict Litigation using the CM/ECF system. The Panel's electronic case filing system will automatically serve copies of the above document on all registered CM/ECF users.

Dated: September 2, 2014

RESPECTFULLY SUBMITTED

/s/ John T. Kirtley, III
John T. Kirtley, III
Missouri Bar No. 60568
Ferrer, Poirot & Wansbrough
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75210
(214) 521-4412 phone
(214) 526-6026 facsimile
*Attorney for the Scherer and Schaffer Plaintiffs*