**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

|  |  |
|---|---|
| In re: Cymbalta Products Liability Litigation | MDL No. 2576 |
|  | Oral Argument Requested |

---

**SUPPLEMENTAL INFORMATION**

Eli Lilly and Company, pursuant to Rule 6.1(f), provides notice to the Panel of

developments concerning three of the scheduled actions, and also responds briefly to Movants'

recent "Supplemental Information" filing.

**I.      Summary Judgment Ruling in *McDowell* Matter**

In *McDowell v. Eli Lilly and Company*, 1:13-cv-03786-RWS, pending in the

Southern District of New York, Senior Judge Robert Sweet has granted Lilly's motion for

summary judgment, finding that the Cymbalta warning at issue in that case, which is materially

identical to the label applicable to all of the scheduled actions in this litigation, is adequate as a

matter of law.  Judge Sweet further held that the plaintiff could not establish that the Cymbalta

discontinuation warning was the proximate cause of his alleged injuries because (1) plaintiff's

prescriber testified that she independently understood the risk of discontinuation symptoms and

(2) the undisputed evidence established that plaintiff's prescriber would not have changed her

prescribing decision in the face of a different warning.  *See* Opinion, ECF No. 34, Case No. 1:13-

cv-03786-RWS, attached hereto as Attachment A.  Judge Sweet has entered judgment for Lilly,

and thus the pending motion is now moot as to the *McDowell* case.

Judge Sweet's comprehensive opinion calls into question the merits of this entire

litigation, including plaintiffs' central allegation concerning the inadequacy of the Cymbalta

discontinuation warning.  Lilly continues to oppose the creation of an MDL here on the ground

DC: 5518754-3

that the creation of a centralized proceeding will actually increase the expense and duration of the litigation by permitting plaintiffs to warehouse meritless claims and delay the opportunity for rulings on the core adequacy and proximate cause issues on which these cases will be most efficiently resolved.

## II.     Trial Setting in *Herrera* and *Hexum* Matters

In a November 4 Status Conference, Judge Stephen V. Wilson set a trial date of May 5, 2015 in *Herrera v. Eli Lilly & Co.*, 2:13-cv-02702-SVW-MAN, and *Hexum v. Eli Lilly & Co.*, 2:13-cv-02701-SVW-MAN, cases pending in the Central District of California.  Discovery will close in the *Herrera* and *Hexum* matters on December 13, 2014, and Lilly anticipates filing dispositive motions shortly after the close of discovery.  In the event of MDL consolidation, Lilly maintains that the *Herrera* and *Hexum* matters are sufficiently advanced procedurally to merit exclusion from any MDL proceeding.

## III.    Lilly's Response to Movants' "Supplemental Information" Filing

In response to Movants' recent "Supplemental Information" filing, Lilly would simply reiterate its position that any MDL should not be centralized in the Central District of California.  Setting aside Movants' representations about Judge Wilson that he directed counsel to correct, Movants have no principled basis for either their continued adherence to the Central District of California or any of their new suggestions.  Lilly would adhere to its existing recommendations, including its recommendation of Judge James Moody in the Middle District of Florida, and would note that three new suits have been filed in that district,[1] making it the district with the second most number of actions.

---

[1] On November 6 and 7, 2014, Plaintiffs' counsel filed *Brotherton v. Eli Lilly and Company*, No. 6:14-cv-01817-ACC (M.D. Fla.), *Krupp v. Eli Lilly and Company*, No. 8:14-cv-02792-MSS (M.D. Fla.), and *Valentino v. Eli Lilly and Company*, No. 6:14-cv-01816-CEM (M.D. Fla.), in (continued…)

Respectfully submitted,


/s/ Michael X. Imbroscio
Michael X. Imbroscio
Phyllis A. Jones
Brett C. Reynolds
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, DC 20004
Tel: (202) 662-6000
Fax: (202) 778-6000
mimbroscio@cov.com

*Counsel for Defendant Eli Lilly and Company*

---

addition to *Bhoge v. Eli Lilly and Company*, No. 6:14-cv-01286-CEM (M.D. Fla.), which was filed on August 8, 2014.

**BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

In re: Cymbalta Products Liability Litigation                                    MDL No. 2576

**CERTIFICATE OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure of the United States Judicial

Panel on Multidistrict Litigation, I certify that on November 12, 2014 I caused a true and correct

copy of the foregoing Defendant Eli Lilly and Company's Supplemental Information to be filed

electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the

following individuals:

Brent Wisner
Michael L. Baum
Baum, Hedlund, Aristei, & Goldman P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
Fax: (310) 820-7444
rbwisner@baumhedlundlaw.com
mbaum@baumhedlundlaw.com

Harris L. Pogust
T. Matthew Leckman
Pogust Braslow & Millrood, LLC
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA 19428
(610) 941-4204
hpogust@pbmattorneys.com
mleckman@pbmattorneys.com
*Attorneys for Plaintiffs:*

*Thomas and Ute Seagroves, Dist. of Arizona, Case No. 2:13-cv-01183*
*Sidney Carter, C.D. California, Case No. 13-cv-2700*
*Erin Hexum and Nick Hexum, C.D. California, Case No 13-cv-2701*
*Claudia Herrera and Peter Lowry, C.D. California, Case No 13-cv-2702*
*Jesse McDowell, S.D. New York, Case No. 1:13-cv-03786*
*Peggy Barrett and Roger Barrett, C.D. California, Case No. 5:14-cv-01675*
*Deborah Caporale and George Caporale, C.D. California, Case No. 5:14-cv-01662*
*Anita Hollowell and Edward Hollowell, C.D. California, Case No. 5:14-cv-01663*
*Kerry O'Shea and Sharlene O'Shea, C.D. California, Case No.8:14-cv-01274*
*Deanna Cheshier Case No, E.D. California, 1:14-cv-01265*
*Carl Woodruff and Penny Woodruff, E.D. California, Case No. 2:14-cv-01890*
*Elisa Wheeler and James Wheeler, S.D. California, Case No. 3:14-cv-01882*
*Kelly Cheney, D. Colorado, Case No.1:14-cv-02249*
*Heather Laica-Bhoge and Alberto Bhoge, M.D. Florida, Case No. 6:14-cv-01286*
*Douglas Gollin and Lynn Gollin, S.D. Florida, Case No. 0:14-cv-61810*
*Sandra Couch, N.D. Georgia, Case No. 1:14-cv-02564*
*Johnson Fairbanks W.D. Louisiana, Case No. 1:14-cv-02469*
*Karen Boling and Joseph Boling, D. Maryland, Case No. 8:14-cv-02554*
*Eric McCabe, D. Minnesota, Case No. 0:14-cv-03132*
*Shelly Harris, M.D. North Carolina, Case No. 1:14-cv-00682*
*Elizabeth Whitworth, E.D. North Carolina, Case No. 5:15-cv-00459*
*Mark Williams, E.D. North Carolina, Case No. 5:14-cv-00460*
*Gregory Mayes, N.D. Ohio, Case No. 4:14-cv-01759*
*Donna Loux, D. Oregon, Case No. 3:14-cv-01287*
*Melissa Rossero, W.D. Pennsylvania, Case No. 2:14-cv-01084*
*Karen Wagner, E.D. Washington, Case No. 2:14-cv-00270*
*Adam Streeter, W.D. Wisconsin, Case No. 3:14-cv-00555*
*Rachel Krupp and Kennth Krupp, M.D. Florida, Case 8:14-cv-02792*
*Randy Moss and Greta Moss, M.D. Alabama, Case: 3:14-cv-1135*
*Marnette Patterson & James Verzino, C.D. California, Case: 2:14-cv-08527*
*Anthony Valentino, M.D. Florida, Case: 6:14-cv-01816*

Steven B. Stein,
Knox Ricksen LLP
One Kaiser Plaza, Suite 1101
Oakland, CA 94612
(510) 285-2500
Fax: (510) 285-2505
Email: sbs@knoxricksen.com
*Attorney for Plaintiffs*
*Teresa Kelly and Martin Kelly, N.D. California, Case No. 4:14-cv-03869*


John T. Kirtley, III
Ferrer, Poirot & Wansbrough
Missouri Bar No. 60568
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75210
(214) 521-4412

Fax:  (214) 526-6026
jkirtley@lawyerworks.com
*Attorney for Plaintiffs*
*Elaine Scherer and Neil Scherer, E.D. Missouri, Case: 4:14-cv-01484*
*Jin Schaffer and Neil Schaffer, E.D. Missouri, Case: 4:14-cv-01483*


Tim Edwards
Ballin, Ballin & Fishman, P.C.
200 Jefferson Ave., Suite 1250
Memphis, TN 38103
(901) 525-6278
Fax: (901) 525-6294
*Attorney for Plaintiffs*
*Kathleen Edens and Charles Edens, E.D. Tennessee, Case: 3:14-cv-00491*
*Carmen Kaplan and Kenny Kaplan, W.D. Tennessee, Case: 2:14-cv-02752*


Eric D. Haglund
ehoaglund@mhcilaw.com
Charles A. McCallum, III
cmccallum@mhcilaw.com
McCallum Hoaglund Cook & Irby,
905 Montgomery Highway
Suite 201
Vestavia Hills, Alabama 3 5216
(205)824-7767
Fax:(205)824-7768
*Attorney for Plaintiffs*
*Sheila Lemley,N.D. Alabama, Case 7:14-cv-02097*


Seth A. Katz, Esq.
skatz@burgsimpson.com
40 Inverness Drive East
Englewood, CO 80112
(303)792-5595
*Fax: (303)708-0527*
*Attorney for Plaintiffs*
*Cassie Martin, District of Colorado, Case 1:14-cv-02800*


Matthew P. Teague, Esq.
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
PO Box 4160
Montgomery, AL 36103-4.160
334-269-2343
Fax: 334-954-7555
*Attorney for Plaintiffs*

*Randy Moss and Greta Moss, M.D. Alabama, Case: 3:14-cv-1135*


Brett D. Baber, Esq.
Lanham Blackwell & Baber, P.A.
133 Broadway
Bangor, Maine 04401
(207)942-2898
Fax: (207)941-8818
*Attorney for Plaintiffs*
*Anthony Orlando and Suzanne Orlando, District of Maine, Case: 1:14-cv-00438*


DATED:     November 12, 2014
                 Washington, D.C.

                                                    /s/ Michael X. Imbroscio
                                                    Michael X. Imbroscio
                                                    COVINGTON & BURLING LLP
                                                    1201 Pennsylvania Ave., NW
                                                    Washington, DC 20004
                                                    Tel.:  (202) 662-5694
                                                    Fax:  (202) 778-5694
                                                    mimbroscio@cov.com
                                                    **Attorney for Defendant  Eli Lilly**
                                                    **and Company**